IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TANYA SAUERMILCH PEREZ,<br><br>Plaintiff,<br><br>vs.<br><br>CHATHOLIC HEALTH INTUITIVE,<br><br>Defendant. | 4:22CV3051<br><br>MEMORANDUM<br>AND ORDER |

On April 1, 2022, Plaintiff filed two pro se lawsuits, *Perez v. Hilton Double Tree*, No. 4:22CV3050, and *Perez v. Chatholic Health Intuitive*, No. 4:22CV3051. On December 17, 2020, filing restrictions were imposed on Plaintiff providing, in part, that "Plaintiff, while appearing pro se, will be limited to filing one case in forma pauperis in the federal district court for the District of Nebraska per month." (Filing 8 in *Perez v. D.D.S. Odem*, No. 8:20CV489.) Case No. 4:22CV3051 was filed in violation of this filing restriction. Accordingly, Plaintiff's Motion to Proceed In Forma Pauperis (Filing 2) will be denied and Plaintiff's Complaint will be dismissed without prejudice.

IT IS ORDERED:

1. Plaintiff's Motion to Proceed In Forma Pauperis (Filing 2) is denied and this case is dismissed without prejudice because it was filed in violation of the filing restrictions imposed in Filing 8 in *Perez v. D.D.S. Odem*, No. 8:20CV489.

2. The Clerk of Court shall return Plaintiff's Complaint to Plaintiff at her last-known address.

DATED this 4th day of April, 2022.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge