IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TANYA SAUERMILCH PEREZ, | |
| Plaintiff, | 4:22CV3051 |
| vs. | ORDER |
| CHATHOLIC HEALTH INTUITIVE, | |
| Defendant. | |

Because this case was dismissed and judgment was entered on April 4, 2022, (Filings 5 & 6),

IT IS ORDERED that Plaintiff's Motion to Appoint Counsel (Filing 7) is denied as moot.

DATED this 1st day of June, 2022.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge